| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) JONES III, JOHN E. | 2. Court or Organization US COURT-MIDDLE DISTRICT OF PA | 3. Date of Report 07/04/2017 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address 228 WALNUT STREET HARRISBURG, PA 17108 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | DIRECTOR | AUBURN GOLF CAR CO. INC. |
| 2. | DIRECTOR | BUNKER HILL GOLF COURSE (CORP) |
| 3. | DIRECTOR | FAIRVIEW GOLF COURSE INC. |
| 4. | DIRECTOR | HIDDEN VALLEY GOLF COURSE INC. |
| 5. | DIRECTOR | PAT MAR CO. INC. |
| 6. | DIRECTOR | PHOENIX CONTRACTING CO. (CORP) |
| 7. | DIRECTOR | WEDGEWOOD GOLF COURSE INC. |
| 8. | DIRECTOR | WILLOW HOLLOW GOLF COURSE INC. |
| 9. | ADJUNCT LAW PROFESSOR | PENNSYLVANIA STATE UNIVERSITY |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 07/04/2017 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 07/04/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE | 2/6 - 2/7 | WASHINGTON DC | SPEAKER | HOTEL |
| 2. | NY INTELLECTUAL PROPERTY LAW ASSOCIATION | 4/1 - 4/12 | NEW YORK | MEETING | HOTEL & DINNER |
| 3. | BAR ASSOCIATION | 7/25 - 7/26 | ERIE, PA | SPEAKER | HOTEL, MEAL, & MILEAGE |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 07/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BUNKER HILL GOLF COURSE INC. - FAMILY BUSINESS | | None | O | W | | | | | |
| 2. WILLOW HOLLOW GOLF COURSE INC. - FAMILY BUSINESS | | None | N | W | | | | | |
| 3. WEDGEWOOD GOLF COURSE INC. - FAMILY BUSINESS | E | Distribution | O | W | Sold (part) | 06/30/16 | M | G | |
| 4. HIDDEN VALLEY GOLF COURSE INC. - FAMILY BUSINESS | | None | M | W | | | | | |
| 5. FAIRVIEW GOLF COURSE INC. - FAMILY BUSINESS | | None | N | W | | | | | |
| 6. AUBURN GOLF CAR CO. INC. - FAMILY BUSINESS | | None | K | W | | | | | |
| 7. PARKWAY ANTHRACITE INC. - FAMILY BUSINESS | | None | J | W | | | | | |
| 8. PAT MAR CO. INC. - FAMILY BUSINESS | | None | M | W | | | | | |
| 9. RIVERVIEW BANK - CHECKING | | None | J | T | | | | | |
| 10. LOAN RECEIVABLE - PHOENIX CONTRACTING | C | Interest | M | T | | | | | |
| 11. GE COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 12. MRK COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 13. PEP COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 14. PFE COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 15. VERIZON - COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 16. WELLS FARGO & CO - COMMON STOCK - IRA - WFC | A | Dividend | K | T | Sold (part) | 03/28/16 | J | A | |
| 17. UNITED PARCEL SERVICE CL B - COMMON STOCK - IRA | A | Dividend | J | T | Sold (part) | 10/17/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 07/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. INTEL CORP - COMMON STOCK - IRA | A | Dividend | K | T | Buy (add'l) | 03/28/16 | J | | |
| 19. MICROSOFT CORP - COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 20. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 21. PHOENIX CONTRACTING - FAMILY BUSINESS | A | Distribution | J | W | | | | | |
| 22. AT&T INC - IRA | A | Dividend | J | T | Sold (part) | 03/28/16 | J | A | |
| 23. CONOCO PHILLIPS - COP - IRA | A | Dividend | | | Sold | 03/18/16 | J | | |
| 24. JOHNSON AND JOHNSON - JNJ - IRA | A | Dividend | K | T | | | | | |
| 25. ELI LILLY & CO - LLY - IRA | A | Dividend | | | Sold | 06/28/16 | K | C | |
| 26. DUPONT EI DE NEMOURS - DD - IRA | A | Dividend | | | Sold | 08/17/16 | K | C | |
| 27. ADVANTAGE MM A/C - OPPENHEIMER | A | Interest | J | T | | | | | |
| 28. ABBVIE INC - IRA | A | Dividend | J | T | Sold (part) | 03/28/16 | J | B | |
| 29. ROYAL DUTCH SHELL ADR CL A - IRA | A | Dividend | | | Sold | 03/18/16 | J | | |
| 30. AMGEN - IRA | A | Dividend | K | T | Sold (part) | 10/17/16 | J | B | |
| 31. APPLE INC - IRA | A | Dividend | K | T | Sold (part) | 03/28/16 | J | C | |
| 32. BLACKROCK INC - IRA | A | Dividend | J | T | Sold (part) | 08/25/16 | J | B | |
| 33. DOW CHEMICAL - IRA | A | Dividend | K | T | | | | | |
| 34. DUKE ENERGY - IRA | A | Dividend | J | T | Sold (part) | 03/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 07/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP MORGAN CHASE - IRA | A | Dividend | K | T | Sold (part) | 10/17/16 | J | A | |
| 36. KLA - TENCOR CORP - IRA | A | Dividend | J | T | | | | | |
| 37. MACY'S INC - IRA | A | Dividend | J | T | | | | | |
| 38. NEXTERA ENERGY INC - IRA | A | Dividend | K | T | Sold (part) | 12/07/16 | J | A | |
| 39. PHILIP MORRIS INT'L - IRA | A | Dividend | J | T | | | | | |
| 40. SUNTRUST BK ATLANTA CD - IRA | B | Interest | M | T | | | | | |
| 41. TOTAL SA/SPON ADR - IRA | A | Dividend | J | T | Sold (part) | 10/17/16 | J | | |
| 42. WILLIAMS COS INC - IRA | A | Dividend | | | Sold | 08/17/16 | J | | |
| 43. RIVERVIEW BANK - SAVINGS ACCT | A | Interest | J | T | | | | | |
| 44. HOME DEPOT INC - IRA | A | Dividend | J | T | Sold (part) | 10/17/16 | J | D | |
| 45. SEAGATE TECH PLC - IRA | A | Dividend | | | Sold | 05/13/16 | J | | |
| 46. LYONDELLBASELL IND - IRA | A | Dividend | K | T | Sold (part) | 10/17/16 | J | A | |
| 47. FIRST TR NASDAQ CMMTY - IRA (QABA) | A | Dividend | | | Sold | 03/18/16 | K | B | |
| 48. LOCKHEED MARTIN - IRA | A | Dividend | | | Sold | 03/18/16 | K | C | |
| 49. OCCIDENTAL PETE - IRA | A | Dividend | J | T | | | | | |
| 50. SUNTRUST BK DEP SWEEP - IRA | A | Interest | K | T | | | | | |
| 51. SUNTRUST BANK SWEEP - IRA 2 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 07/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMERICAN INT'L GRP - IRA 2 | A | Interest | J | T | | | | | |
| 53. WACHOVIA GLOBAL - IRA 2 | A | Interest | J | T | | | | | |
| 54. SUNTRUST BANK SWEEP - IRA 3 | A | Interest | J | T | | | | | |
| 55. GENERAL ELECTRIC | A | Dividend | J | T | Sold (part) | 08/17/16 | J | A | |
| 56. AT&T | A | Dividend | J | T | Sold (part) | 09/22/16 | J | B | |
| 57. ABBVIE INC | A | Dividend | J | T | Sold (part) | 10/17/16 | J | A | |
| 58. AMGEN INC | A | Dividend | J | T | Sold (part) | 10/17/16 | J | A | |
| 59. APPLE INC | A | Dividend | J | T | Sold (part) | 10/17/16 | J | A | |
| 60. SEAGATE TECHNOLOGY | A | Dividend | | | Sold | 05/13/16 | J | | |
| 61. LYONDELLBASELL INC | A | Dividend | J | T | Sold (part) | 10/17/16 | J | A | |
| 62. BLACKROCK INC | A | Dividend | J | T | Sold (part) | 08/25/16 | J | B | |
| 63. CONOCO PHILLIPS | A | Dividend | | | Sold | 03/18/16 | J | | |
| 64. DOW CHEMICAL | A | Dividend | K | T | Sold (part) | 03/28/16 | J | A | |
| 65. DUPONT EI DE NEMOURS | A | Dividend | | | Sold | 08/17/16 | J | B | |
| 66. DUKE ENERGY | A | Dividend | J | T | Sold (part) | 03/28/16 | J | A | |
| 67. HOME DEPOT | A | Dividend | J | T | Sold (part) | 10/17/16 | J | B | |
| 68. INTEL CORP | A | Dividend | J | T | Sold (part) | 09/26/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 07/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP MORGAN CHASE | A | Dividend | K | T | Sold (part) | 10/17/16 | J | A | |
| 70. JOHNSON & JOHNSON | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 71. KLA - TENCOR CORP | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 72. LILLY ELI & CO | A | Dividend | | | Sold | 10/17/16 | J | B | |
| 73. LOCKHEED MARTIN | A | Dividend | | | Sold | 03/18/16 | J | C | |
| 74. MACY'S INC | A | Dividend | J | T | Sold (part) | 09/22/16 | J | | |
| 75. MERCK & CO INC | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 76. MICROSOFT CORP | A | Dividend | K | T | Sold (part) | 10/17/16 | J | A | |
| 77. NEXTERA ENERGY | A | Dividend | K | T | Sold (part) | 03/28/16 | J | A | |
| 78. OCCIDENTAL PERTROLEUM | A | Dividend | J | T | Sold (part) | 09/22/16 | J | | |
| 79. PEPSICO INC | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 80. PFIZER INC | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 81. PHILIP MORRIS INTL | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 82. TOTAL S.A. SPONS. ADR | A | Dividend | J | T | Sold (part) | 10/17/16 | J | | |
| 83. UNITED PARCEL SVC | A | Dividend | J | T | Sold (part) | 09/17/16 | J | A | |
| 84. VERIZON COMM | A | Dividend | J | T | Sold (part) | 09/02/16 | J | A | |
| 85. WELLS FARGO & CO NEW | A | Dividend | J | T | Sold (part) | 10/17/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 07/04/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. WILLIAMS CO INC | A | Dividend | | | Sold | 08/17/16 | J | B | |
| 87. MORGAN STANLEY DW DISC NT | A | Interest | J | T | Sold (part) | 08/17/16 | J | | |
| 88. SUNTRUST BK ATLANTA 3.25% | A | Interest | J | T | | | | | |
| 89. MUFG UNION BANK | A | Interest | K | T | | | | | |
| 90. WELLS FARGO & CO FIX/FLT | A | Interest | | | Sold | 08/17/16 | J | | |
| 91. SUNTRUST M/M AK | A | Interest | J | T | | | | | |
| 92. CME GROUP INC | A | Dividend | J | T | Sold (part) | 03/28/16 | J | A | |
| 93. CMS ENERGY | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 94. CISCO SYSTEMS | A | Dividend | J | T | Sold (part) | 09/22/16 | J | | |
| 95. INTERNATIONAL PAPER | A | Dividend | J | T | Sold (part) | 09/22/16 | J | | |
| 96. KOHLS CORP | A | Dividend | | | Sold | 09/22/16 | J | | |
| 97. CME GROUP INC | A | Dividend | | | Sold | 03/28/16 | J | A | |
| 98. CMS ENERGY | A | Dividend | | | Sold | 09/22/16 | J | A | |
| 99. CISCO SYSTEMS INC | A | Dividend | | | Sold | 08/17/16 | J | | |
| 100. INTERNATIONAL PAPER IRA | A | Dividend | J | T | Sold (part) | 03/28/16 | J | | |
| 101. KOHLS CORP IRA | A | Dividend | J | T | | | | | |
| 102. CME GROUP INC IRA | A | Dividend | K | T | Sold (part) | 03/28/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 07/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CMS ENERGY CORP IRA | A | Dividend | K | T | Buy (add'l) | 03/28/16 | J | | |
| 104. CISCO SYSTEMS IRA | A | Dividend | J | T | Buy (add'l) | 08/17/16 | J | | |
| 105. INTERNATIONAL PAPER | A | Dividend | | | Sold | 09/22/16 | J | | |
| 106. KOHLS CORP | A | Dividend | J | T | Sold (part) | 09/22/16 | J | | |
| 107. FT UNIT 5567 INT RATE HEDGE IRA | A | Dividend | L | T | Sold (part) | 01/25/16 | J | | |
| 108. FT EXCH TR FD II TECH ALPHA (FXL) IRA | A | Dividend | | | Sold | 03/18/16 | L | A | |
| 109. FT L CAP GROWTH ALPHA EX (FTC) IRA | A | Dividend | | | Sold | 03/18/16 | K | A | |
| 110. FT EXCH TR ALPHA EX FD EUR (FEP) IRA | A | Dividend | | | Sold | 03/18/16 | L | B | |
| 111. FT EXCH TR ALPHA DEX FD II JAPAN (FJP) IRA | A | Dividend | | | Sold | 03/18/16 | K | A | |
| 112. FT ETF CAP STRENGTH (FTCS) IRA | A | Dividend | | | Sold | 03/18/16 | K | C | |
| 113. FT LARGE CAP CORE ALPHA DEX (FEX) IRA | A | Dividend | | | Sold | 03/18/16 | L | C | |
| 114. FT EXCH TR FD II FIN ALPHA DEX (FXO) IRA | A | Dividend | | | Sold | 03/18/16 | K | A | |
| 115. FT EXCH TR FD II HLTH CARE (FXH) IRA | A | Dividend | | | Sold | 03/08/16 | K | | |
| 116. PRIMAL SPACE SYS INC | | None | K | W | | | | | |
| 117. FT UNIT 5551 CAP STRENGTH IRA 2 | B | Dividend | L | T | | | | | |
| 118. FT PORTFOLIOS MID CAP IRA 2 (FNX) | A | Dividend | J | T | | | | | |
| 119. FT UNIT 5535 STRENGTH PORT SER 28 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 07/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. EATON CORP PLC IRA (X) | A | Dividend | J | T | Buy | 03/18/16 | J | | |
| 121. CHEVRON CORP IRA (X) | | None | J | T | Buy | 12/07/16 | J | | |
| 122. COACH INC IRA (X) | A | Dividend | J | T | Buy | 06/08/16 | J | | |
| 123. CORNING INC IRA (X) | A | Dividend | J | T | Buy | 05/13/16 | J | | |
| 124. CROWN CASTLE INTL IRA (X) | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 125. DIGITAL REALTY TR. IRA (X) | A | Dividend | J | T | Buy | 06/28/16 | J | | |
| 126. FT UNIT 5986 HIGH INC. SER 19 IRA (X) | D | Dividend | N | T | Buy | 03/22/16 | N | | |
| 127. HELMERICH & PAYNE INC. IRA (X) | A | Dividend | J | T | Buy | 08/17/16 | J | | |
| 128. HELMERICH & PAYNE INC. IRA (X) | A | Dividend | | | Sold (part) | 10/17/16 | J | A | |
| 129. GENERAL PARTS CO. IRA (X) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 130. RAYTHEAN IRA (X) | A | Dividend | J | T | Buy | 03/18/16 | J | | |
| 131. SCHUMBERGER IRA (X) | A | Dividend | J | T | Buy | 08/17/16 | J | | |
| 132. 3 M COMPANY IRA (X) | A | Dividend | J | T | Buy | 03/18/16 | J | | |
| 133. EATON CORP PLC (X) | A | Dividend | J | T | Buy | 03/18/16 | J | | |
| 134. EATON CORP PLC (X) | A | Dividend | | | Sold (part) | 09/22/16 | J | A | |
| 135. COACH INC. (X) | A | Dividend | J | T | Buy | 06/08/16 | J | | |
| 136. COACH INC. (X) | A | Dividend | | | Sold (part) | 09/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 07/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CORNING INC. (X) | A | Dividend | J | T | Buy | 05/13/16 | J | | |
| 138. CORNING INC. (X) | A | Dividend | | | Sold (part) | 09/12/16 | J | A | |
| 139. CROWN CASTLE INTL (X) | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 140. DIGITAL REALTY TR INC. (X) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 141. GENVINE PARTS CO. (X) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 142. HELMERICH & PAYNE (X) | A | Dividend | J | T | Buy | 08/17/16 | J | | |
| 143. HELMERICH & PAYNE (X) | A | Dividend | | | Sold (part) | 10/17/16 | J | A | |
| 144. RAYTHEON CORP. (X) | A | Dividend | J | T | Buy | 03/18/16 | J | | |
| 145. RAYTHEON CORP. (X) | A | Dividend | | | Sold (part) | 10/17/16 | J | A | |
| 146. SCHLUMBERGER LTD. (X) | A | Dividend | J | T | Buy | 08/17/16 | J | | |
| 147. SCHLUMBERGER LTD. (X) | A | Dividend | | | Sold (part) | 10/17/16 | J | | |
| 148. 3 M COMPANY (X) | A | Dividend | J | T | Buy | 03/18/16 | J | | |
| 149. 3 M COMPANY (X) | A | Dividend | | | Sold (part) | 08/17/16 | J | A | |
| 150. CONTINUOUS PRECISION MEDICINE INC. (X) | | None | J | W | Buy | 09/13/16 | J | | |
| 151. MERRILL LYNCH CMA A/C (X) | A | Dividend | K | T | Buy | 12/28/16 | K | | |
| 152. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 07/04/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - ITEM 9 - NATIONWIDE - ANNUITY REMOVED:
FILER INADVERTANTLY INCLUDED ON THE REPORT A VARIABLE NONQUALIFIED ANNUITY FROM NATIONWIDE WHICH WAS REDEEMED ON 12/11/14. IT IS BEING REMOVED ON THIS AMENDED REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **JOHN E. JONES III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544